IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH MISER**                                                                          **PLAINTIFF**

V.                             No. 4:21-CV-00977-JM-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 7th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE