IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH MISER**                                                                                              **PLAINTIFF**

V.                                    No. 4:21-CV-00977-JM-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 7th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE